**FILED**
May 13, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BRADFORD ALAN PETERSON, ) <br> ) <br> Defendant. ) | Case No. MAG. 10-0138-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release BRADFORD ALAN PETERSON, Case No. MAG. 10-0138-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_✓_  Bail Posted in the Sum of: $ 25,000.00

___  Unsecured Appearance Bond

___  Appearance Bond with Surety

_✓_  (Other) <u>Conditions as stated on the record.</u>

___  (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  <u>Sacramento, CA</u>  on  <u>05-13-10</u>  at  2:45 pm.

By  _____
Edmund F. Brennan
United States Magistrate Judge