

```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DOUGLAS J. BEEVERS, Arizona Bar #016370
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  BRADFORD PETERSON
 7
 8
                  IN THE UNITED STATES DISTRICT COURT
 9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  NO. 2:10-MJ-138-EFB
                                 )
12               Plaintiff,      )
                                 )  STIPULATION AND [PROPOSED] ORDER
13        v.                     )  MODIFYING CONDITIONS OF RELEASE
                                 )
14  BRADFORD PETERSON,           )
                                 )  Date: NONE
15               Defendants.     )  Time: NONE
                                 )  Judge: Hon. Dale A. Drozd
16  _____  )
                                 )
17
```

18      It is hereby stipulated between the parties, Jared Dolan, Assistant
19 United States Attorney, attorney for plaintiff and Douglas J. Beevers,
20 Assistant Federal Defender, attorney for defendant BRADFORD PETERSON,
21 that his Special Conditions of Release, Special Conditions 14 and 15, be
22 amended as reflected in the attached "**AMENDED SPECIAL CONDITIONS OF**
23 **RELEASE**." U.S. Pretrial Services Officer Darryl Walker, counsel for the
24 government, and counsel for defendant, BRADFORD PETERSON, jointly drafted
25 the Attached <u>Amended</u> Special Conditions of Release, and the parties agree
26 with the conditions as set forth therein. The conditions being added are
27 mandated by 18 U.S.C. 3142 (c)(1)(B). The parties further agree that the
28 <u>Amended</u> Special Conditions of Release shall be attached to the Notice to

1 | Defendant Being Released and that the defendant, BRADFORD PETERSON,
2 | accepts the <u>Amended</u> Special Conditions of Release by signing the
3 | Acknowledgment of Defendant prior to his release.
4 |     The U.S. Pretrial Services Office and the U.S. Attorney's Office
5 | have no objection to the proposed modification.
6 |
7 | **IT IS SO STIPULATED**
8 |
9 | Dated: May 21, 2010            Respectfully submitted,
10 |                                        DANIEL J. BRODERICK
11 |                                        Federal Defender
12 |                                        /s/ Douglas J. Beevers
13 |                                        DOUGLAS J. BEEVERS
14 |                                        Assistant Federal Defender / Attorney for Defendant / BRADFORD PETERSON
15 |
16 | Dated: May 21, 2010            BENJAMIN B. WAGNER / United States Attorney
17 |
18 |                                        /s/ Jared Dolan
19 |                                        Jared Dolan / Assistant U.S. Attorney
20 |
21 |
22 | <u>**O R D E R**</u>
23 |     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
24 | ordered that as to defendant BRADFORD PETERSON's Special Conditions of
25 | Release, Special Conditions 14 and 15 are amended to reflect the
26 | attached **<u>AMENDED</u> SPECIAL CONDITIONS OF RELEASE**.
27 |     IT IS FURTHER ORDERED that the attached **<u>AMENDED</u> SPECIAL CONDITIONS**
28 | **OF RELEASE** shall be attached to the Notice to Defendant Being Released

1  and that the defendant BRADFORD PETERSON accepts the **AMENDED SPECIAL**
2  **CONDITIONS OF RELEASE** by signing the Acknowledgment of Defendant prior
3  to his release.

5  **IT IS SO ORDERED.**
6  Dated: May 24, 2010

_____
Dale A. Drozd
United States Magistrate Judge

## AMENDED SPECIAL CONDITIONS OF RELEASE

RE: Bradford A. Peterson
Doc. No. 2:10-MJ-138-EFB

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

4. You shall reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

5. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

6. You shall refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

7. You shall not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18;

8. You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor;

9. You shall not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18;

10. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer and take all medication as directed by a licensed physician;

11. You shall obtain no passport during the pendency of this case;

Peterson, Bradford
Page 2

12. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

13. You shall submit to DNA testing as directed by the United States Attorney's Office;

14. You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring.

    **CURFEW:** You are subject to a curfew as directed by the pretrial services officer.

    You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company; and,

15. You shall avoid all contact with the alleged victim(s) of the crime and with any potential witnesses who may testify concerning the offense.


**(Amended Conditions No. 14 and 15)**
Date: May 21, 2010